IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GABRIELLE ROGERS, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>12291 CBW, LLC D/B/A TEMPTATIONS CABARET AND ERIC LANGAN,<br><br>    *Defendants.* | § § § § § § § § § § § § § §<br><br>CASE NO. 1:19-CV-00266<br><br>JUDGE MICHAEL TRUNCALE |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR MOTION FOR CONDITIONAL CERTIFICATION

    Before the Court is Plaintiff's Motion for Leave to Exceed Page Limits for Motion for Conditional Certification. [Dkt. 31]. The Local Rules limit a non-dispositive motion to fifteen pages in length, excluding attachments. Local Rule CV-7(a)(2). The Plaintiff requests leave to file a 25-page Motion for Conditional Certification Under The Fair Labor Standards Act. [Dkt. 31, p 2]. The Court finds that Plaintiff's motion should be granted.

    It is therefore ORDERED that Plaintiff's motion [Dkt. 31] is GRANTED.

**SIGNED this 2nd day of October, 2020.**

*[Signature]*

Michael J. Truncale
United States District Judge